UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MARCY VELASQUEZ, | No. 1:11-CV-5659 NJV |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| ARIANE BURTON, *et al.*, | |
| Defendant. | |

On February 1, 2012, Plaintiff filed a notice of voluntary dismissal of this entire action pursuant to Rule 41(a), Federal Rules of Civil Procedure. (Docket No. 5.) No opposing party has yet appeared in this action. Accordingly, this action is HEREBY DISMISSED. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 29, 2012

NANDOR J. VADAS
United States Magistrate Judge